## KENDALL SMACK v. FRENCH BATTLE.

Court of Common Pleas.  Kent.  December 8, 1803.

*Rodney's Notes.*

*Ridgely* [for plaintiff].  *Clayton, Bayard* [for defendant].

The Court refused to admit the ledger of plaintiff together with his oath, though they proved the day-books could not be found but were in the hands of the widow of George McCall, from whom the ledger was obtained.

Plaintiff offered to prove by K. Smack that defendant admitted an account of plaintiff's, shown him before the action brought, to amount of about £20 except a few items.  Objected to by defendant.  Court admitted the evidence.

*Clayton* for defendant.  *Bayard* for defendant.  Plaintiff came out by insolvent law of Maryland and assigned this debt with his other estate to sheriff.  Therefore he cannot recover of [defendant] [1] if anything was due.

*Ridgely* in conclusion.  I think we have made it appear there is a sum due.

PER CURIAM.  Acknowledgment of the debt will take it out of Statute [of] Limitations.  If you believe the assignment was *bona fide* made for valuable consideration, he may recover.  But if made to him as trustee, or to defraud his creditors, plaintiff cannot recover.

Verdict for plaintiff, $50.

---

[1] Manuscript torn.